UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

Henry Brown and Daphne Brown

    Debtors

Case No. 11–31018
Chapter 13

## ORDER DISMISSING BANKRUPTCY CASE

The debtor filed a motion to dismiss this chapter 13 bankruptcy case.

The case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208. Accordingly, it is

**ORDERED** that this bankruptcy case is **DISMISSED.** It is

**FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Dated: March 18, 2015

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.